# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2020

## NO. 03-19-00715-CR

**Ex parte Matthew Hopkins**

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the trial court's order denying appellant's pretrial application for writ of habeas corpus. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying habeas-corpus relief. Therefore, the Court affirms the trial court's order denying appellant's pretrial application for writ of habeas corpus. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.